# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01126-NYW

JATINDER SINGH,

     Petitioner,

v.

JUAN BALTASAR, Warden of the Denver Contract Detention Facility,
DAVID J. VENTURELLA, Acting Director of Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, and
TODD BLANCHE, Acting Attorney General of the United States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States District Judge Nina Y. Wang on July 14, 2026 [Doc. 20], it is

ORDERED that Petitioner's Motion to Enforce Habeas Order and For Immediate Release [Doc. 14] is DENIED. It is

FURTHER ORDERED that because Petitioner has received the relief to which he is entitled, the remaining claims in the Petition [Doc. 1] are DENIED as moot. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 14th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk